| STATE OF MARYLAND | * | IN THE |
| --- | --- | --- |
| vs. | * | UNITED STATES |
| EDWARD K. RICHARDS, III. | * | DISTRICT COURT |
| Defendant | * | FOR MARYLAND |
| | * | Case No.  **1:14-cr-00385-CCB-1** |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MOTION FOR HEALTHCARE REVIEW

NOW COMES, EDWARD K. RICHARDS, III., by and through his attorney, James E. Crawford, Jr., and says unto this Honorable Court as follows:

1.     That the Defendant is presently charged with conspiracy to distribute and possess w/intent to distribute heroin and cocaine, et al..

2.     He is currently being held via detention pending trial.  There is no trial date set in as of yet.

3.     The Defendant has raised various medical issues and medical difficulties that he has had since he was arrested and before.  These issues were raised at the time of his Detention Hearing and somewhat addressed but not completely.

4.     The Defendant now complains that there are additional medical issues that need to be addressed.  We are requesting this Honorable Court to set in a hearing on those issues.

**WHEREFORE**, your Defendant respectfully requests:

a.     That this Honorable Court set in a hearing on the Defendant's healthcare issues;

b.     And for such other and further relief as the nature of this case may require.

**Law Office of
James E. Crawford Jr.
& Associates, L.L.C.
1435 Sulphur Spring Road
Baltimore, Maryland 21227
(443) 709 – 9999
Fax (443) 919 - 4207**

JAMES E. CRAWFORD, JR., ESQUIRE
1435 Sulphur Spring Road
Arbutus, Maryland  21227
(443) 709-9999
Attorney for Defendant

## REQUEST FOR HEARING

The Defendant hereby requests that a hearing be set in regarding his healthcare issues.

JAMES E. CRAWFORD, JR., ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12TH day of February, 2015, a copy of the foregoing Entry of Appearance was sent via email, to the Office of the United State's Attorney.

JAMES E. CRAWFORD, JR., ESQUIRE

**Law Office of
James E. Crawford Jr.
& Associates, L.L.C.
1435 Sulphur Spring Road
Baltimore, Maryland 21227
(443) 709 – 9999
Fax (443) 919 - 4207**