CJR/SM: USAO# 2014R00469

_____ FILED   _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 3 1 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | * |
| TERRY JAMES MORRIS, | * |
| | * |
| CRAIG PARM, | * |
| | *   CCB-14-0385 |
| NELSON VALENZUELA, | * |
| | * |
| EDWARD KERMIT RICHARDS III, | * |
| | * |
| CHARLIE WILLIAMS, | * |
| | * |
| JONATHAN ANDREW PAIZ, | * |
| | * |
| Defendants. | * |
| | * |

*******

## GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States of America, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Christopher J. Romano, Assistant United States Attorney for said District, files this motion to unseal the superseding indictment in the above numbered and styled cause, and in support thereof states the following:

1. The Defendants have been indicted in a superseding indictment on charges of drug conspiracy and possession with intent to distribute narcotics.

2. The Government filed a motion to seal the superseding indictment and an order was signed sealing the superseding indictment until such time as all of the Defendants were apprehended.

3. All Defendants have now been arrested and therefore there is no further reason/need to seal the superseding indictment.

WHEREFORE, it is respectfully requested that the superseding indictment in the above-captioned

matter and the instant motion be UNSEALED.

Respectfully submitted,
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

By:

Christopher J. Romano
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
410/209-4907

2